No. 02–5017. BUSBY v. INTERNAL REVENUE SERVICE. C. A. 11th Cir. Certiorari denied.

No. 02–5018. CONNELLY v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 02–5020. PRYOR v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–5021. MARTINEZ-GARDUNO, AKA GARCIA-JIMENEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–5022. WARIN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–5023. WALLACE v. NEW JERSEY ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–5024. WILKINSON v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 02–5026. GARCIA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–5027. BENAMI-VERA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–5028. BRIGHT v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 02–5029. DENNEY v. GALAZA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–5030. ESTRADA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–5031. DIAZ v. MERCURY INSURANCE CO. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 02–5032. THOMAS v. BILBY-KNIGHT ET AL. Ct. App. Tex., 13th Dist. Certiorari denied.

No. 02–5033. YOUNG v. HOUSTON CITY JAIL ET AL. C. A. 5th Cir. Certiorari denied.